IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG NEWS DIVISION

**HOMER FRANKLIN PHILLIPS,**

      **Plaintiff,**

v.                                                Civil Action No. 5:24-cv-00006-MFU-JCH

**CLEARSTAR, INC.**

      **Defendant.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Homer Franklin Phillips ("Plaintiff" or "Mr. Phillips") and ClearStar, Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate the dismissal of this action with prejudice.

The parties further request that the Court retain jurisdiction over this matter for the purpose of enforcement of the settlement pursuant to *Kokkonen v. Guardian Life*, 511 U.S. 374 (1994). All parties who have entered an appearance have signed and stipulated, thus no further order of the court is required.

It is so STIPULATED.

                                                                **HOMER FRANKLIN PHILLIPS**

                                                                 _____/s/_____
                                                                 Susan M. Rotkis, VSB 40693
                                                                 Consumer Attorneys, PLC
                                                                 2290 East Speedway Blvd.
                                                                 Tucson, AZ 85719
                                                                 Telephone: (602) 847-1504
                                                                 Fax: (602) 847-1504
                                                                 Email: srotkis@consumerattorneys.com

                                                                 *Attorney for Plaintiff*

By: _____/s/_____
/s/ Ronald A. Page, Jr. Ronald A. Page, Jr. Ronald Page PLC P.O. Box 73087
N. Chesterfield, VA 23235 T: (804) 562-8704
E: rpage@rpagelaw.com

and

Jason A. Spak (admitted pro hac vice)
FisherBroyles, LLP
6360 Broad Street #5262
Pittsburgh, PA 15206
T: 412-230-8555
E: jason.spak@fisherbroyles.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2024, 1 electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                                                /s/
                                           Susan M. Rotkis, VSB 40693
                                           Consumer Attorneys, PLC
                                           2290 East Speedway Blvd.
                                           Tucson, AZ 85719
                                           Telephone: (602) 847-1504
                                           Fax: (602) 847-1504
                                           Email: srotkis@consumerattorneys.com